It is ordered and adjudged by this court that the judgment of the said Court of Appeals be, and the same is hereby, affirmed on authority of
 
 Pelton
 
 v.
 
 Bemis,
 
 44 Ohio St., 51, and
 
 Groesbeck
 
 v.
 
 Cincinnati,
 
 51 Ohio St., 365.
 

 In this cause the demurrer to the amended petition was properly sustained for the reason that the action was one for the collection of an assessment
 
 *671
 
 and was brought more than one year after the assessment was collected.
 

 Judgment affirmed.
 

 Marshall, C. J., Jones, Matthias, Day, Allen and Kinkade, JJ., concur.
 

 Robinson, J., not participating.